IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VICTORIA HART,

Plaintiff,

v.  Case No. 1:11-cv-00871-RB/WDS

BOARD OF EDUCATION OF
THE ALBUQUERQUE PUBLIC SCHOOLS,
a governmental entity

Defendant.

DISCOVERY ORDER

This matter came before the Court at the request of the parties for a telephonic discovery hearing. The Court made the following rulings:

1. Plaintiff will produce all emails, from August 13, 2010 to present, between Plaintiff and APS employees or between Plaintiff and witnesses or persons with knowledge of the facts of this case;

2. With regard to the documents in Plaintiff's possession on a CD, Plaintiff will either produce copies of the documents or create a privilege log that identifies non-produced documents in a format that complies with Federal Rules of Civil Procedure. If there are questions regarding the claim of privilege for the withheld documents, the Plaintiff may produce those documents to the Court for *in camera* review.

3. The Court will allow additional briefing in connection with Defendant's Motion to Strike because of the additional information that has surfaced. Defendant's supplemental brief is due on or before August 30, 2012 and Plaintiff's response brief is due on or before September 10, 2012.

4. Defendant's brief in response to Plaintiff's Motion to Compel is due on or before August 30,

2012.

IT IS SO ORDERED.

_____
W. Daniel Schneider
United States Magistrate Judge